UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Eric Breusch, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:17-cv-01218 UNA |
| | ) |
| Progressive Preferred Insurance Company, et al. | ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was filed on March 30, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Henry E. Autrey, United States District Judge, under cause number 2:17-cv-00019.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-1218 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: March 31, 2017      By: /s/ Michele Crayton
                           Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:17-cv-00019 HEA.**